UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------x

UNITED STATES OF AMERICA

-against-

LAKUAN RHYNE,

                         Defendant.

---------------------------------------------x

**ORDER**

15 Cr. 0005-01 (NSR)

**NELSON S. ROMÁN, U.S.D.J.:**

The C.J.A. attorney assigned to this case ___Domenick Porco___ is hereby ordered substituted and the representation of the defendant in the above captioned matter is assigned to C.J.A. attorney ___Francis L. O'Reilly___ effective April 29, 2021.

SO ORDERED.

NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
April 29, 2021



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/2021