UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

        - against -

LAKUAN RHYNE,

                Defendant(s).

-------------------------------------------------------------X

**ORDER**

15 Cr. 0005-01 (NSR)

Nelson S. Román, U.S.D.J.:

      Defendant is ORDERED to self surrender to the Unites States Marshals Service at the U.S. District Courthouse, 300 Quarropas Street, White Plains, NY 10601 at 12:00 noon on Monday, August 2, 2021.

SO ORDERED.

Dated:    White Plains, New York
             July 30, 2021

_____
Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/30/2021