**MEMO ENDORSED**

# O'REILLY & SHAW, L.L.C.
―ATTORNEYS AT LAW―

FRANCIS L. O'REILLY
JANE FORD SHAW

41 UNQUOWA PLACE
FAIRFIELD, CT 06824
TEL: (203) 319-0707
FAX: (203) 319-0128

November 30, 2021

Honorable Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   United States v. Lakuan Rhyne
      DK#7:15CR5(NSR) -01

Dear Judge Roman:

    I am writing to respectfully request re-appointment as CJA counsel in the above referenced case. On November 22, 2021, the defendant filed a Pro Se request for compassionate release and the undersigned is requesting re-appointment as CJA counsel in order to assist the defendant in his Motion for Compassionate Release. Thank you in advance for your consideration of this request.

Very truly yours,

Francis L. O'Reilly

Counsel's request to be re-appointed as CJA counsel for the limited purpose of Def.'s motion for compassionate release is GRANTED. Counsel is directed to mail a copy of this endorsement to Def. and file proof of service. Clerk of Court is requested to terminate the motion (doc. 422).
Dated: White Plains, NY
      Nov. 30, 2021
SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/2021

www.oreillyandshaw.com