UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/2021
```

USA,

              Plaintiff,

  -against-

LAKUAN RHYNE,

             Defendant.

7:15-CR-00005-1 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

    The Court has received Defendant's Motion for Compassionate Release pursuant to 18 U.S.C. § 3582(c)(1)(A). The Government shall file a response by January 7, 2022. Defendant shall file a reply by January 24, 2022.

Dated:   December 16, 2021
           White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge