UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/2021

USA,

                Plaintiff,

  -against-

LAKUAN RHYNE,

                Defendant.

7:15-CR-00005-1 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

    The Court has reviewed Defendant's Motion for Temporary Release from Custody to attend his grandmother's memorial service (ECF No. 432), as well as the Government's response in opposition to the request (ECF No. 433.)  While the Court is sympathetic to the pain that Defendant has endured as a result of the death of his grandmother, Defendant's request is denied.  Defendant is currently incarcerated for violating the conditions of his supervised release, and the difficulty of temporarily releasing Defendant during the holiday weekend in the midst of the ongoing COVID-19 pandemic requires the Court to deny the request.

    The Clerk of Court is kindly directed to terminate the motion at ECF No. 432.

SO ORDERED:

Dated: December 22, 2021
White Plains, New York

NELSON S. ROMÁN
United States District Judge